DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**ONTERRIOUS V. TILLMAN,**
Appellee.

Nos. 4D22-1875 and 4D22-2300

[June 28, 2023]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Coates, Judge; L.T. Case No. 502020CF006155A.

Ashley Moody, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Assistant Attorney General, West Palm Beach, for appellant.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellee.

PER CURIAM.

In case number 4D22-1875, we affirm without discussion the circuit court's order granting the defendant's post-verdict renewed motion for judgment of acquittal on the charge of neglect of a child causing great bodily harm while in possession of a firearm.

In case number 4D22-2300, we affirm the defendant's conviction on the charge of possession of a firearm or ammunition by a convicted felon. The defendant's first two arguments on appeal lack merit and require no further discussion. The defendant's third argument on appeal, that he was entitled to a twelve-person jury under the Sixth and Fourteenth Amendments to the United States Constitution, also lacks merit, for the reasons stated in *Guzman v. State*, 350 So. 3d 72, 73 (Fla. 4th DCA 2022), *rev. denied*, No. SC22-1597, 2023 WL 3830251 (Fla. June 6, 2023).

*Case no. 4D22-1875 affirmed; case no. 4D22-2300 affirmed.*

WARNER, MAY, and GERBER, JJ., concur.

*       *       *

*Not final until disposition of timely filed motion for rehearing.*